1

2

3

4

5

6

7                    IN THE UNITED STATES DISTRICT COURT

8                 FOR THE NORTHERN DISTRICT OF CALIFORNIA

9                              SAN JOSE DIVISION

10                                      NO. C 05-00427 JW, C 05-00428 JW

11    CARLYLE FORTRAN TRUST,            **ORDER SETTING CASE MANAGEMENT**
                                        **CONFERENCE**
12            Plaintiff(s),
          v.
13
      NVIDIA CORP., et al.,
14
              Defendant(s).
15    ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯

16    CARRAMERICA REALTY CORP.,

17            Plaintiff(s),
          v.
18
      NVIDIA CORP., et al.
19
              Defendant(s).
20    ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯
              The Court hereby schedules a case management conference in the Carramerica Realty Corp. v.
21
      Nvidia Corporation, et al. matter, Case No. C-05-00428 JW on June 27, 2005 at 10:00 a.m.  The case
22
      management conference in the Carlyle Fortran Trust v. Nvidia Corporation, et al. action, Case No. C-
23
      05-00427 JW, originally scheduled for June 6, 2005, is continued to June 27, 2005 to be conducted in
24
      conjunction with the Carramerica conference.  The parties shall meet and confer, and
25
      //
26
      //
27
      //
28

**United States District Court**
For the Northern District of California

1    file joint case management statements pursuant to Civil Local Rule 16-9 no later than June 15, 2005.

2

3

4    Dated: May 31, 2005                          /s/ James Ware
                                                  _____
5                                                 JAMES WARE
                                                  United States District Judge
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

**United States District Court**
For the Northern District of California

1

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

2   Henry H. Oh henry.oh@dlapiper.com
    James N. Kramer jkramer@orrick.com
3   Jonathan B. Gaskin jgaskin@orrick.com
    Jonathan S. O'Donnell jon@mbvlaw.com
4   Justin Myer Lichterman jlichterman@orrick.com
    Karen Johnson-McKewan kjohnson-mckewan@orrick.com
5   Leah Anne Nutting lnutting@orrick.com
    Michael Todd Scott tscott@orrick.com
6   Morgan William Tovey mtovey@reedsmith.com
    Richard C. Darwin rdarwin@buchalter.com

7

8   Stephen Pettigrew
    Nvidia Corporation
9   2701 San Tomas Expressway
    Santa Clara, CA 95050

10

11

12  **Dated: May 31, 2005**                    **Richard W. Wieking, Clerk**

13
                                              **By:/jwchambers/_____**
14                                                **Ronald L. Davis**
                                                  **Courtroom Deputy**
15

16

17

18

19

20

21

22

23

24

25

26

27

28