United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CARLYLE FORTRAN TRUST,<br><br>    Plaintiff(s),<br>  v.<br>NVIDIA CORP., et al.,<br>    Defendant(s).<br>_____<br>CARRAMERICA REALTY CORP.,<br>    Plaintiff(s),<br>  v.<br>NVIDIA CORP., et al.,<br>    Defendant(s).<br>_____/ | NO. C 05-00427 JW, C 05-00428 JW<br><br>**ORDER FOLLOWING CASE MANAGEMENT CONFERENCE** |

On June 28, 2005, the parties appeared for a Case Management Conference. Pursuant to the parties' stipulation, CarrAmerica's Motion for Leave to File Second Amended Complaint is granted, and the July 18, 2005 hearing date on CarrAmerica's motion is hereby vacated. A hearing on all pleading-related motions is set for October 17, 2005 at 9:00 a.m. The Court will conduct a further Case Management Conference following the hearing on pleading-related motions.

//

//

//

1  The parties are expected to meet and confer and jointly file a single Joint Case Management Statement
2  no later than October 7, 2005.

4  Dated: June 30, 2005              /s/ James Ware
                                     JAMES WARE
5                                    United States District Judge

2

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Dwight Craig Donovan Dwight@mbvlaw.com
Henry H. Oh henry.oh@dlapiper.com
James N. Kramer jkramer@orrick.com
Jonathan B. Gaskin jgaskin@orrick.com
Jonathan S. O'Donnell jon@mbvlaw.com
Justin Myer Lichterman jlichterman@orrick.com
Karen Johnson-McKewan kjohnson-mckewan@orrick.com
Leah Anne Nutting lnutting@orrick.com
Michael Todd Scott tscott@orrick.com
Morgan William Tovey mtovey@reedsmith.com
Richard C. Darwin rdarwin@buchalter.com


**Dated: June 30, 2005**                                          **Richard W. Wieking, Clerk**

                                                         **By:/jwchambers/**
                                                            **Ronald L. Davis**
                                                            **Courtroom Deputy**

**United States District Court**
For the Northern District of California