JONATHAN S. O'DONNELL (State Bar No. 100034)
DWIGHT C. DONOVAN (State Bar No. 114785)
L. PETER RYAN (State Bar No. 134291)
MBV LAW LLP
855 Front Street
San Francisco, California 94111
Telephone: (415) 781-4400
Facsimile: (415) 989-5143

Attorneys for Plaintiff CARRAMERICA REALTY CORPORATION

*IT IS SO ORDERED*
*Judge James Ware*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CARRAMERICA REALTY CORPORATION, et al.,<br><br>Plaintiff<br><br>v.<br><br>NVIDIA CORPORATION, et al.,<br><br>Defendant. | CASE NO. 05-00428 JW<br>[Related to Case No. 05-00427]<br><br>**STIPULATION AND ORDER CONTINUING HEARING DATE ON MOTION TO DISMISS FILED BY THE OFFICERS AND DIRECTORS OF 3DFX** |

Plaintiff CARRAMERICA REALTY CORPORATION and defendants GORDON CAMPBELL, JAMES WHIMS, JAMES HOPKINS, SCOTT SELLERS, ALEX LEUPP and RICHARD HEDDELSON ("3DFX defendants"), by and through their respective counsel, hereby stipulate to the following.

1.  CARRAMERICA filed its Third Amended Complaint on February 3, 2006.

2.  The 3DFX defendants filed a motion to dismiss the Third Amended Complaint, and set the motion for hearing on March 27, 2006.

3.  The parties have agreed to reschedule the hearing date to April 3, 2006 at 9:00 a.m. in Courtroom 8, where the 3DFX defendants have already scheduled a hearing on a motion to dismiss a related case.

/ / /

/ / /

1

**STIPULATION AND ORDER CONTINUING HEARING DATE ON MOTION TO DISMISS FILED BY THE OFFICERS AND DIRECTORS OF 3DFX – CASE NO. 05-00428 JW**
91151.17\\349833.DOC

4.      Pursuant to Civil Local Rule 6-2, the parties hereby stipulate to the above-described change in hearing date. They further stipulate that the filing dates for opposition and reply briefs shall be calendared to run from the continued hearing date.

DATED: February 27, 2006          MBV LAW LLP

By: _____
JONATHAN S. O'DONNELL
Attorneys for Plaintiff
CARRAMERICA REALTY CORPORATION

DATED: February 27, 2006          SEILER, EPSTEIN, ZIEGLER & APPLEGATE LLP

By: _____
DOUGLAS A. APPLEGATE
Attorneys for Defendants
GORDON CAMPBELL, JAMES WHIMS,
JAMES HOPKINS, SCOTT SELLERS,
ALEX LEUPP

DATED: February 27, 2006          PINNACLE LAW GROUP

By: _____
JOHN L. FITZGERALD
Attorneys for Defendant
RICHARD HEDDELSON

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATE: _____

_____
UNITED STATES COURT JUDGE

STIPULATION AND ORDER CONTINUING HEARING DATE ON MOTION TO DISMISS
FILED BY THE OFFICERS AND DIRECTORS OF 3DFX – CASE NO. 05-00428 JW
91151.17\\349833.DOC

2

4. Pursuant to Civil Local Rule 6-2, the parties hereby stipulate to the above-described change in hearing date. They further stipulate that the filing dates for opposition and reply briefs shall be calendared to run from the continued hearing date.

DATED: February 27, 2006        MBV LAW LLP

By: _____
JONATHAN S. O'DONNELL
Attorneys for Plaintiff
CARRAMERICA REALTY CORPORATION

DATED: February 27, 2006        SEILER, EPSTEIN, ZIEGLER & APPLEGATE LLP

By: _____
DOUGLAS A. APPLEGATE
Attorneys for Defendants
GORDON CAMPBELL, JAMES WHIMS,
JAMES HOPKINS, SCOTT SELLERS,
ALEX LEUPP

DATED: February 27, 2006        PINNACLE LAW GROUP

By: _____
JOHN L. FITZGERALD
Attorneys for Defendant
RICHARD HEDDELSON

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATE: March 1, 2006

_____
UNITED STATES COURT JUDGE

---

STIPULATION AND ORDER CONTINUING HEARING DATE ON MOTION TO DISMISS FILED BY THE OFFICERS AND DIRECTORS OF 3DFX – CASE NO. 05-00428 JW     2

1. Pursuant to Civil Local Rule 6-2, the parties hereby stipulate to the above-
2. described change in hearing date. They further stipulate that the filing dates for opposition and
3. reply briefs shall be calendared to run from the continued hearing date.
4. DATED: February 27, 2006
5.                                         MBV LAW LLP
6.
7.                                         By: _____
8.                                             JONATHAN S. O'DONNELL
                                                Attorneys for Plaintiff
                                                CARRAMERICA REALTY CORPORATION
9. DATED: February 27, 2006
10.                                        SEILER, EPSTEIN, ZIEGLER & APPLEGATE LLP
11.
12.                                        By: _____
13.                                            DOUGLAS A. APPLEGATE
                                               Attorneys for Defendants
14.                                            GORDON CAMPBELL, JAMES WHIMS,
                                               JAMES HOPKINS, SCOTT SELLERS,
                                               ALEX LEUPP
15. DATED: February 27, 2006
16.                                        PINNACLE LAW GROUP
17.
18.                                        By: _____/s/_____
19.                                            JOHN L. FITZGERALD
                                               Attorneys for Defendant
20.                                            RICHARD HEDDELSON

### ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATE: _____

_____
UNITED STATES COURT JUDGE

---

STIPULATION AND ORDER CONTINUING HEARING DATE ON MOTION TO DISMISS FILED BY THE OFFICERS AND DIRECTORS OF 3DFX – CASE NO. 05-00428 JW
91151.17\Stip and Order Continuing Hrg Date on Motion to Dismiss (349833)