United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NVIDIA Corporation,<br><br>    Plaintiffs,<br><br>v.<br><br>Carlyle Fortran Trust, et al.,<br><br>    Defendants.<br>_____/ | NO. C 05-00427 JW<br>NO. C 05-00428 JW<br>NO. C 05-00429 JW<br>This Order applies to all actions<br><br>**ORDER DENYING DEFENDANTS NVIDIA CORPORATION AND NVIDIA US INVESTMENT COMPANY'S MOTION TO CONSOLIDATE RELATED ACTIONS OR, IN THE ALTERATIVE, TO COORDINATE, OR STAY** |
| Carramerica Realty Corp., et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>NVIDIA Corporation, et al.,<br><br>    Defendants.<br>_____/ | |
| William Brandt, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>NVIDIA Corporation, et al.,<br><br>    Defendant(s).<br>_____/ | |

On August 12, 2005, Defendants nVidia Corporation, nVidia US Investment Company, Inc. ("nVidia Sub") (collectively, "nVidia"), Jen-Hsun Huang, James C. Gaither, A. Brooke Seawell,

William J. Miller, Tench Coxe, Mark A. Stevens, and Harvey C. Jones, Jr.'s (together with nVidia, "nVidia Defendants") filed a Motion to Consolidate Related Actions or, in the Alternative, to Coordinate, or Stay ("Motion to Consolidate"). The nVidia Defendants request that the Court consolidate three actions brought against nVidia: one brought by Plaintiff Carlyle Fortran Trust ("Carlyle") (Case No. C 05–00427 JW), one brought by Plaintiff CarrAmerica Realty Corporation ("CarrAmerica") (Case No. C 05-00428 JW), and one brought by Plaintiff and Chapter 11 Trustee William A. Brandt, Jr. ("Trustee") (Case No. C 05-00429 JW). Two actions, Carlyle and CarrAmerica, are currently pending before this Court ("Landlord Cases"). While the third action, brought by the Trustee, is currently pending before Bankruptcy Judge James Grube. On May 6, 2005, the Court withdrew reference in the Landlords' cases but declined to withdraw reference in the Trustee's case.

A hearing on Defendants' motion was set for September 19, 2005. However, this Court finds it appropriate to take the motion under submission without oral argument pursuant to Civil Local Rule 7-1(b). Based on the arguments advanced by counsel in their briefs, Defendants' motion is DENIED.

The nVidia Defendants' Motion to Consolidate is procedurally improper because the Trustee's case is not pending before the Court. Before the Court can consider whether to consolidate a case pending before it with one pending before the bankruptcy court, the Court must first withdraw the reference. See 28 U.S.C. § 157(d). Should the nVidia Defendants seek reconsideration of the Court's May 6, 2005 Order declining to withdraw the reference in the Trustee's case, then the nVidia Defendants must first move for leave to file a motion for reconsideration. See Civil L.R. 7-9(b) (2005).

Accordingly, nVidia Defendants' Motion to Consolidate is DENIED.

Dated: September 19, 2005   /s/ James Ware
05cv0427consolid                JAMES WARE
                                United States District Judge

2

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Henry H. Oh henry.oh@dlapiper.com
Dwight Craig Donovan Dwight@mbvlaw.com
Karen Johnson-McKewan kjohnson-mckewan@orrick.com
Robert P. Varian  rvarian@orrick.com
James N. Kramer jkramer@orrick.com
Jonathan B. Gaskin jgaskin@orrick.com
Justin Myer Lichterman jlichterman@orrick.com
Leah Anne Nutting lnutting@orrick.com
Michael Todd Scott tscott@orrick.com
Ruth Young Kwon rkwon@orrick.com
Douglas A. Applegate daa@sezalaw.com
Richard C. Darwin rdarwin@buchalter.com

David M. Shannon
Stephen Pettigrew
Nvidia Corporation
2701 San Tomas Expressway
Santa Clara, CA 95050

USBC Manager-San Jose
US Bankruptcy Court
280 South First Street
Room 3035
San Jose, CA 95113

Arthur S. Weissbrodt
U.S. Bankruptcy Court
280 South First Street
Room 3035
San Jose, CA 95113

**Dated: September 19, 2005**          **Richard W. Wieking, Clerk**

                                       **By:    /s/ JW Chambers**

                                              **Ronald L. Davis**
                                              **Courtroom Deputy**

*United States District Court*
For the Northern District of California