JONATHAN S. O'DONNELL (State Bar No. 100051)
DWIGHT C. DONOVAN (State Bar No. 114785)
L. PETER RYAN (State Bar No. 134291)
MBV LAW LLP
855 Front Street
San Francisco, California 94111
Telephone: (415) 781-4400
Facsimile: (415) 989-5143

Attorneys for Plaintiffs CARRAMERICA REALTY
CORPORATION, CARRAMERICA REALTY, LP, CARR
OFFICE PARK, LLC and CARR TEXAS OP, L.P.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| CARRAMERICA REALTY CORPORATION, et al.,<br><br>Plaintiff,<br><br>v.<br><br>NVIDIA CORPORATION, a Delaware corporation; NVIDIA US INVESTMENT COMPANY, f/k/a TITAN ACQUISITION CORP. NO. 2, a Delaware corporation; RICHARD A. HEDDLESON, an individual; GORDON A. CAMPBELL, an individual; JAMES HOPKINS, an individual; JAMES WHIMS, an individual; ALEX LEUPP, an individual; SCOTT D. SELLERS, an individual; JAMES C. GAITHER, an individual; A. BROOKE SEAWELL, an individual; WILLIAM J. MILLER, an individual; TENCH COXE, an individual; MARK A. STEVENS, an individual; HARVEY C. JONES, an individual; JEN-HSUN HUANG, an individual; and DOES 1 through 20, inclusive,<br><br>Defendants. | CASE No. 05-00428 JW<br><br>**[PROPOSED]**<br>**ORDER ENLARGING TIME TO FILE MOTION OPPOSING BILL OF COSTS**<br><br>Date: TBD<br>Time: TBD<br>Courtroom: 8, Fourth Floor<br>Judge: Honorable James Ware |

On November 30, 2006, plaintiff CARRAMERICA REALTY CORPORATION's motion for an order enlarging the time to file a motion opposing NVIDIA's Bill of Costs came before the Court.

///

1

After reviewing the papers, and good cause appearing therefor, the Court hereby GRANTS the motion. The time within which CARRAMERICA may file a motion challenging the NVIDIA Defendants' Bill of Costs is extended to January 12, 2007.

IT IS SO ORDERED:

Date: 12/01/2006

_____
UNITED STATES DISTRICT COURT JUDGE

**ORDER ENLARGING TIME TO FILE MOTION OPPOSING BILL OF COSTS – Case No. 05-00428 JW**

91151.17\\365152.DOC