**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Carramerica Realty Corp., | NO. C 05-00428 JW |
| Plaintiff, | **ORDER CONTINUING HEARING ON DEFENDANT'S MOTION TO DISMISS THE FOURTH AMENDED COMPLAINT** |
| v. | |
| NVIDIA Corporation, et al., | |
| Defendants. | |

The Court continues the hearing on Defendant's Motion to Dismiss the Fourth Amended Complaint presently scheduled for January 8, 2007 to **February 5, 2007 at 9 a.m.** to coincide with Defendants' Motion for Attorney's Fees.

Dated:  December 27, 2006

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Douglas A. Applegate daa@sezalaw.com
Dwight Craig Donovan Dwight@mbvlaw.com
George M. Lee gml@sezalaw.com
Henry H. Oh henry.oh@dlapiper.com
James N. Kramer jkramer@orrick.com
John Laurence Fitzgerald jfitzgerald@pinnaclelawgroup.com
Jonathan B. Gaskin jgaskin@orrick.com
Jonathan S. O&#039;Donnell jon@mbvlaw.com
Justin Myer Lichterman jlichterman@orrick.com
Karen Johnson-McKewan kjohnson-mckewan@orrick.com
Kim Y. Arnone karnone@buchalter.com
Leah Anne Nutting lnutting@orrick.com
Morgan William Tovey mtovey@reedsmith.com
Richard C. Darwin rdarwin@buchalter.com
Robert P. Varian rvarian@orrick.com
Ruth Young Kwon rkwon@orrick.com
William R. Overend woverend@reedsmith.com

**Dated:  December 27, 2006**                                         **Richard W. Wieking, Clerk**

                                                                      **By:     /s/ JW Chambers            **
                                                                               **Elizabeth Garcia**
                                                                               **Courtroom Deputy**

**United States District Court**
For the Northern District of California