JONATHAN S. O'DONNELL (State Bar No. 100051)
DWIGHT C. DONOVAN (State Bar No. 114785)
L. PETER RYAN (State Bar No. 134291)
MBV LAW LLP
855 Front Street
San Francisco, California 94111
Telephone: (415) 781-4400
Facsimile: (415) 989-5143

Attorneys for Plaintiffs CARRAMERICA REALTY
CORPORATION, CARRAMERICA REALTY, LP, CARR
OFFICE PARK, LLC and CARR TEXAS OP, L.P.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| CARRAMERICA REALTY CORPORATION, et al.,<br><br>    Plaintiff,<br><br>    v.<br><br>NVIDIA CORPORATION, a Delaware corporation; NVIDIA US INVESTMENT COMPANY, f/k/a TITAN ACQUISITION CORP. NO. 2, a Delaware corporation; RICHARD A. HEDDLESON, an individual; GORDON A. CAMPBELL, an individual; JAMES HOPKINS, an individual; JAMES WHIMS, an individual; ALEX LEUPP, an individual; SCOTT D. SELLERS, an individual; JAMES C. GAITHER, an individual; A. BROOKE SEAWELL, an individual; WILLIAM J. MILLER, an individual; TENCH COXE, an individual; MARK A. STEVENS, an individual; HARVEY C. JONES, an individual; JEN-HSUN HUANG, an individual; and DOES 1 through 20, inclusive,<br><br>    Defendants. | CASE NO. 05-00428 JW<br><br>[~~PROPOSED~~] ORDER GRANTING CARRAMERICA'S MOTION FOR ORDERS: (1) ENLARGING TIME TO FILE MOTION OPPOSING BILL OF COSTS; (2) ENLARGING TIME TO RESPOND TO NVIDIA DEFENDANTS' MOTION FOR ATTORNEYS' FEES; AND (3) SCHEDULING A NEW HEARING ON NVIDIA DEFENDANTS' MOTION FOR ATTORNEYS' FEES<br><br>Date:        TBD<br>Time:       TBD<br>Courtroom: 8, Fourth Floor<br>Judge:      Honorable James Ware |

On December 28, 2006, plaintiff CARRAMERICA REALTY CORPORATION's Motion for Orders (1) Enlarging Time to File Motion Opposing Bill of Costs; (2) Enlarging Time to Respond to Nvidia Defendants' Motion for Attorneys' Fees; and (3) Scheduling a New Hearing on Nvidia Defendants' Motion for Attorneys' Fees came before the Court.

1

After reviewing the papers, and good cause appearing therefor, the Court hereby establishes the hearing and briefing schedule below:

- March 5, 2007: Last day for CARRAMERICA to file Motion contesting the NVIDIA Defendants' Bill of Costs.
- March 19, 2007: Last day for CARRAMERICA to file an Opposition to the NVIDIA Defendants' Motion for Attorneys' Fees and for the NVIDIA Defendants to file an Opposition to CARRAMERICA's Motion Contesting the NVIDIA Defendants' Bill of Costs.
- March 26, 2007: Last day for CARRAMERICA to file a Reply to the NVIDIA Defendants' Opposition to Carlyle's Motion Contesting the NVIDIA Defendants' Bill of Costs and for the NVIDIA Defendants to Reply to CARRAMERICA's Opposition to the NVIDIA Defendants' Motion for Attorneys' Fees.
- April 9, 2007 @ 9 AM: Hearing on the NVIDIA Defendants' Motion for Attorneys' Fees and CARRAMERICA's Motion Contesting the NVIDIA Defendants' Bill of Costs.

IT IS SO ORDERED:

DATED: Jan. 03, 2007

_/s/ James Ware_
UNITED STATES DISTRICT COURT JUDGE

2

**ORDER GRANTING CARRAMERICA'S MOTION FOR ORDERS: (1) ENLARGING TIME TO FILE MOTION OPPOSING BILL OF COSTS, ETC.– CASE NO. 05-00428 JW**

91151.17\\365152.DOC