**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CARRAMERICA REALTY CORP., | NO. C 05-00428 |
| Plaintiff(s), | **ORDER SETTING CASE MANAGEMENT CONFERENCE IN LIGHT OF NINTH CIRCUIT REMAND** |
| v. | |
| NVIDIA CORPORATION ET AL, | |
| Defendant(s). | |

In light of the Ninth Circuit Court of Appeals' remand, the Court sets a Case Management Conference for **March 9, 2009 at 10:00 AM** (30 days from date of remand). On or before **February 27, 2009** (10 days from conference), the parties shall file a Joint Case Management Statement. The Statement shall include, among other things, the parties' position with respect to the next stage of the litigation in light of the remand, and a proposed schedule to advance the case.

Dated:  February 3, 2009

JAMES WARE
United States District Judge

**United States District Court**
For the Northern District of California

1  **THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**
Douglas A. Applegate daa@sezalaw.com
2  Kim Y. Arnone karnone@buchalter.com, hbennett@buchalter.com
Richard C. Darwin rdarwin@buchalter.com, clauren@buchalter.com ,maldridge@buchalter.com
3  Dwight Craig Donovan  Dwight@mbvlaw.com ,tamani@mbvlaw.com
John Laurence Fitzgerald jfitzgerald@pinnaclelawgroup.com
4  Jonathan B. Gaskin jgaskin@orrick.com , mticzon@orrick.com
Karen Johnson-McKewan
5  kjohnson-mckewan@orrick.com, cfleetwood@orrick.com ,gjohnson@orrick.com
James Neil Kramer jkramer@orrick.com
6  Ruth Young Kwon rkwon@orrick.com
George M. Lee gml@sezalaw.com
7  Justin Myer Lichterman jlichterman@orrick.com ,vadelman@orrick.com
 Leah Anne Nutting lnutting@orrick.com ,vadelman@orrick.com ,gjohnson@orrick.com
8  Jonathan Steven O'Donnelljon@mbvlaw.com ,maxine@mbvlaw.com
Henry H. Oh henry.oh@dlapiper.com
9  William R. Overend
woverend@reedsmith.com ,cmosqueda@reedsmith.com ,cshanahan@reedsmith.com
10  Leland Peter Ryan pete@mbvlaw.com ,eileen@mbvlaw.com
Betty Malka Shumener betty.shumener@dlapiper.com
11  Morgan William Tovey morgantovey@quinnemanuel.com ,marinadimanlig@quinnemanuel.com
Robert P. Varian rvarian@orrick.com ,bclarke@orrick.com
12
Hon. James R. Grube
13  U.S. Bankruptcy Court
280 South First Street  Room 3035
14  San Jose, Ca 95113

15  Office of the U.S. Trustee/SJ
U.S. Federal Bld.
16  280 S 1st St. #268
San Jose, CA 95113-3004
17
Stephen Pettigrew
18  18640 Castle Lake Drive
Morgan Hill, CA 95037
19

20  **Dated: February 3, 2009**                              **Richard W. Wieking, Clerk**

21
                                                              **By:   /s/ JW Chambers                    **
22                                                                    **Elizabeth Garcia**
                                                                      **Courtroom Deputy**
23

24

25

26

27

28