**United States District Court**
For the Northern District of California

1

2

3

4

5

6

7           IN THE UNITED STATES DISTRICT COURT

8        FOR THE NORTHERN DISTRICT OF CALIFORNIA

9                   SAN JOSE DIVISION

10  Carlyle Fortran Trust,                          NO. C 05-00427 JW
                                          /       NO. C 05-00428 JW
11
    CarrAmerica Realty,                           **ORDER FOLLOWING CASE**
12                                                **MANAGEMENT CONFERENCE**
                 Plaintiffs,
13       v.

14  Nvidia Corporation, et al.,

15               Defendants.
                                          /
16
        On July 7, 2009, the parties in both actions appeared for a case management conference.
17
    Based on the discussion at the conference, the Court sets the following schedule:
18
        (1)     CarrAmerica shall file its Amended Complaint consistent with the Ninth Circuit
19
                remand on or before **August 10, 2009.**
20
        (2)     On **November 2, 2009 at 9 a.m.**, the Court will conduct a hearing on the following
21
                anticipated Motions:
22
                (a)     Nvidia's Motion to Dismiss CarrAmerica's Amended Complaint.
23
                        Briefing shall be conducted in accordance with the applicable Civil
24
                        Local Rules of this Court.
25
                (b)     Carlyle's Motion for Interlocutory Appeal.  On or before **October 9,**
26
                        **2009**, the parties shall file a Joint Status Report to update the Court as
27

28

1          to the Untied States Supreme Court's disposition of Carlyle's petition

2          for a writ of certiorari.

3   (3)    On **November 2, 2009,** the Court will conduct a Case Management Conference for

4          both cases following the hearing on the Motions.  On or before **October 23, 2009**, the

5          parties in each case shall file a Joint Case Management Statement.  The Statement

6          shall contain a chart depicting the procedure poster of all related cases.

7

8   Dated:  July 8, 2009                                       _James Ware_____

9                                                              JAMES WARE
                                                               United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28                                        2

**United States District Court**
For the Northern District of California

**United States District Court**
For the Northern District of California

1    **THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

2    Andrew A. August aaugust@pinnaclelawgroup.com
     Betty Malka Shumener betty.shumener@dlapiper.com
3    Douglas A. Applegate daa@sezalaw.com
     Douglas G. Boven dboven@reedsmith.com
4    Dwight Craig Donovan Dwight@mbvlaw.com
     George M. Lee gml@sezalaw.com
5    Henry H. Oh henry.oh@dlapiper.com
     James Neil Kramer jkramer@orrick.com
6    Jonathan B. Gaskin jgaskin@orrick.com
     Justin Myer Lichterman jlichterman@orrick.com
7    Karen Johnson-McKewan kjohnson-mckewan@orrick.com
     Kim Y. Arnone karnone@buchalter.com
8    Leah Anne Nutting lnutting@orrick.com
     Michael Todd Scott tscott@orrick.com
9    Morgan William Tovey morgantovey@quinnemanuel.com
     Raymond A. Cardozo rcardozo@reedsmith.com
10   Richard C. Darwin rdarwin@buchalter.com
     Robert P. Varian rvarian@orrick.com
11   Ruth Young Kwon rkwon@orrick.com

12

13   **Dated:  July 8, 2009**                    **Richard W. Wieking, Clerk**

14

15                                               **By:      /s/ JW Chambers**
                                                     **Elizabeth Garcia**
16                                                   **Courtroom Deputy**

17

18

19

20

21

22

23

24

25

26

27

28