ROBERT P. VARIAN (STATE BAR NO. 107459)
rvarian@orrick.com
KAREN JOHNSON-MCKEWAN (STATE BAR NO. 121570)
kjohnson-mckewan@orrick.com
JAMES N. KRAMER (STATE BAR NO. 154709)
jkramer@orrick.com
JUSTIN M. LICHTERMAN (STATE BAR NO. 225734)
jlichterman@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
405 Howard Street
San Francisco, CA 94105
Telephone: (415) 773-5700
Facsimile: (415) 773-5759

Attorneys for Defendants
NVIDIA CORPORATION, NVIDIA US INVESTMENT COMPANY, INC., JEN-HSUN HUANG, JAMES C. GAITHER, A. BROOKE SEAWELL, WILLIAM J. MILLER, TENCH COXE, MARK A. STEVENS, HARVEY C. JONES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
DENIED WITHOUT PREJUDICE
Judge James Ware

CARRAMERICA REALTY CORPORATION, a Maryland real estate investment trust,

Plaintiff,

v.

NVIDIA CORPORATION, et al.,

Defendants.

**CV 05-00428 JW**

**STIPULATION AND [PROPOSED] ORDER RE-SCHEDULING: HEARING ON DEFENDANT NVIDIA'S MOTION TO DISMISS CARRAMERICA'S FOURTH AMENDED COMPLAINT, MOTION FOR RULE 11 SANCTIONS AND MOTION TO STRIKE; HEARING ON PLAINTIFF CARRAMERICA'S MOTION FOR ORDER CONFIRMING FILING OF FIFTH AMENDED COMPLAINT OR ALTERNATIVELY FOR LEAVE TO FILE FIFTH AMENDED COMPLAINT; CASE MANAGEMENT CONFERENCE**

**Room:** 8
**Judge:** The Hon. James Ware

**STIPULATION**

WHEREAS on July 7, 2009, this Court entered an Order After Hearing [the "Order"] setting a hearing on NVIDIA's anticipated Motion to Dismiss CarrAmerica's Fourth Amended Complaint for November 2, 2009 at 9:00 a.m., and setting a further Case Management Conference for 10:00 a.m.

WHEREAS on August 10, 2009 CarrAmerica filed and served its Fourth Amended Complaint pursuant to the Court's Order.

WHEREAS on September 4, 2009 NVIDIA served (but did not file) a Motion for Sanctions Under Fed.R.Civ.Pro. Rule 11 on CarrAmerica.

WHEREAS on September 25, 2009, NVIDIA filed and served its Motion to Dismiss CarrAmerica's Fourth Amended Complaint noticed for November 2, 2009, pursuant to the Court's Order.

WHEREAS on September 25, 2009, CarrAmerica filed and served a document which it titled "Fifth Amended Complaint."

WHEREAS on September 28, 2009, NVIDIA filed and served its Motion for Sanctions Under Fed.R.Civ.Pro. Rule 11 and a Motion to Strike CarrAmerica's Fifth Amended Complaint, with both motions noticed for November 2, 2009.

WHEREAS on October 1, 2009, CarrAmerica filed and served a Motion for Order Confirming Filing of Fifth Amended Complaint, or Alternatively For Leave to File Fifth Amended Complaint, noticed for November 9, 2009.

WHEREAS on October 4, 2009, counsel for CarrAmerica notified counsel for NVIDIA that his mother was terminally ill and *in extremis*, and that counsel would therefore be unable to meet the current briefing schedule.

/ / /

/ / /

/ / /

/ / /

/ / /

NOW THEREFORE the parties hereby agree and stipulate as follows:

1. The parties are available on December 14, 2009 and request a rescheduled hearing on all of the above listed motions on that date at 9:00 a.m.
2. The parties further request a rescheduled Case Management Conference be set on for December 14, 2009 at 10:00 a.m.
3. The parties shall re-notice their respective motions accordingly.

**SO STIPULATED.**

Dated: October 5, 2009

By: */s/ Karen Johnson-McKewan*
Karen Jonson-McKewan
ORRICK HERRINGTON & SUTCLIFFE LLP
Counsel for the NVIDIA Defendants

*I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this efiled document*

Dated: October 6, 2009

By: */s/ Dwight C. Donovan*
Dwight C. Donovan
MBV LAW LLP
Attorneys for CarrAmerica Realty Corp.

**IT IS SO ORDERED:**

The Stipulation is DENIED the Court's calendar would be impacted by this continuance. The hearing for the noticed motions remain on calendar for November 2, 2009 at 9:00 AM. The Court advances the Motion for Leave to File a Fifth Amended Complaint (Docket Item No. 216) from November 9, 2009 to November 2, 2009.

Dated: October 19, 2009

United States District Court Judge