ROBERT P. VARIAN (STATE BAR NO. 107459)
rvarian@orrick.com
KAREN JOHNSON-MCKEWAN (STATE BAR NO. 121570)
kjohnson-mckewan@orrick.com
JAMES N. KRAMER (STATE BAR NO. 154709)
jkramer@orrick.com
JUSTIN M. LICHTERMAN (STATE BAR NO. 225734)
jlichterman@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
405 Howard Street
San Francisco, CA 94105
Telephone: (415) 773-5700
Facsimile: (415) 773-5759

Attorneys for Defendants
NVIDIA CORPORATION, NVIDIA US INVESTMENT COMPANY, INC., JEN-HSUN HUANG, JAMES C. GAITHER, A. BROOKE SEAWELL, WILLIAM J. MILLER, TENCH COXE, MARK A. STEVENS, HARVEY C. JONES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

CARRAMERICA REALTY CORPORATION, a Maryland real estate investment trust,

Plaintiff,

v.

NVIDIA CORPORATION, et al.,

Defendants.

**CV 05-00428 JW**

**STIPULATION AND [PROPOSED] ORDER SETTING BRIEFING SCHEDULE FOR DEFENDANT NVIDIA'S MOTION TO DISMISS CARRAMERICA'S FIFTH AMENDED COMPLAINT AND MOTION FOR RULE 11 SANCTIONS**

**Room: 8**
**Judge: The Hon. James Ware**

OHS West:260753374.1

STIPULATION AND [PROPOSED] ORDER SETTING BRIEFING SCHEDULE FOR NVIDIA'S MOTION TO DISMISS 5AC AND MOTION FOR RULE 11 SANCTIONS

**STIPULATION**

WHEREAS on October 23, 2009, the Court GRANTED plaintiff CarrAmerica Realty Corp. leave to file its Fifth Amended Complaint, and accepted that Complaint as the operative Complaint in this action;

WHEREAS by Order entered on October 23, 2009, the Court set NVIDIA's anticipated Motion to Dismiss for hearing on February 1, 2010 at 9:00 a.m., and ordered all briefing to be completed on or before January 8, 2010;

WHEREAS on October 26, 2009, NVIDIA informed CarrAmerica that it anticipates noticing its Motion for Sanctions Under Federal Rule of Civil Procedure 11 for hearing at the same time as NVIDIA's Motion to Dismiss CarrAmerica's Fifth Amended Complaint.

NOW THEREFORE the parties hereby agree and stipulate as follows:

1. NVIDIA's Motion to Dismiss CarrAmerica's Fifth Amended Complaint shall be filed on or before Monday, November 9, 2009.
2. NVIDIA's Motion for Sanctions Under Federal Rule of Civil Procedure 11 shall be filed on Monday, November 23, 2009, with service on CarrAmerica to be made on Friday, October 30, 2009.
3. CarrAmerica's Oppositions to NVIDIA's Motion to Dismiss and NVIDIA's Motion for Rule 11 Sanctions shall be due on or before Monday, December 14, 2009.
4. NVIDIA's Reply Briefs in Support of its Motion to Dismiss and Motion for Rule 11 Sanctions shall be due on or before Friday, January 8, 2010.

**SO STIPULATED.**

Dated: October 30, 2009

By: *\/s/ Jimmy McBirney*
Jimmy McBirney
ORRICK HERRINGTON & SUTCLIFFE LLP
Counsel for the NVIDIA Defendants

*I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this efiled document*

OHS West:260753374.1

1

STIPULATION AND [PROPOSED] ORDER SETTING BRIEFING SCHEDULE FOR NVIDIA'S MOTION TO DISMISS 5AC AND MOTION FOR RULE 11 SANCTIONS

Dated: October 30, 2009

By: */s/ Jonathan O'Donnell*
Jonathan O'Donnell
MBV LAW LLP
Attorneys for CarrAmerica Realty Corp.

**Pursuant to the stipulation, and GOOD CAUSE appearing, IT IS SO ORDERED,**

Dated: November 4, 2009

Hon. James Ware
United States District Court Judge