1 ROBERT P. VARIAN (STATE BAR NO. 107459)
rvarian@orrick.com
2 KAREN JOHNSON-MCKEWAN (STATE BAR NO. 121570)
kjohnson-mckewan@orrick.com
3 JAMES N. KRAMER (STATE BAR NO. 154709)
jkramer@orrick.com
4 JUSTIN M. LICHTERMAN (STATE BAR NO. 225734)
jlichterman@orrick.com

ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669
Telephone:   (415) 773-5700
Facsimile:    (415) 773-5759

Attorneys for Defendants

NVIDIA CORPORATION, NVIDIA US INVESTMENT COMPANY, INC., JEN-HSUN HUANG, JAMES C. GAITHER, A. BROOKE SEAWELL, WILLIAM J. MILLER, TENCH COXE, MARK A. STEVENS, and HARVEY C. JONES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CARRAMERICA REALTY CORPORATION,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>NVIDIA CORPORATION, et al.,<br><br>　　　　　Defendants. | Case No.   C-05-00428-JW<br><br>**[PROPOSED] ORDER PERMITTING NVIDIA TO BRING LAPTOP COMPUTER INTO THE COURTROOM FOR FEBRUARY 1 HEARING**<br><br>**Date:**　　**February 1, 2010**<br>**Time:**　　**9:00 a.m.**<br>**Room:**　　**8**<br>**Judge:**　　**The Hon. James Ware** |

OHS West:260813604.1

[PROPOSED] ORDER PERMITTING NVIDIA TO BRING LAPTOP
COMPUTER INTO COURTROOM FOR FEB. 1 HEARING
CASE NO. 05-00428 JW

1 | The Court HEREBY ORDERS that counsel for NVIDIA be permitted to bring a laptop computer into the courtroom on February 1, 2010, in order to facilitate its use of a PowerPoint presentation during arguments.

**IT IS SO ORDERED.**

DATED: January 27, 2010     By: /s/ James Ware
THE HONORABLE JAMES WARE
UNITED STATES DISTRICT COURT JUDGE