1  ROBERT P. VARIAN (STATE BAR NO. 107459)
   rvarian@orrick.com
2  KAREN JOHNSON-MCKEWAN (STATE BAR NO. 121570)
   kjohnson-mckewan@orrick.com
3  JAMES N. KRAMER (STATE BAR NO. 154709)
   jkramer@orrick.com
4  JUSTIN M. LICHTERMAN (STATE BAR NO. 225734)
   jlichterman@orrick.com
5
   ORRICK, HERRINGTON & SUTCLIFFE LLP
6  The Orrick Building
   405 Howard Street
7  San Francisco, CA  94105-2669
   Telephone:    (415) 773-5700
8  Facsimile:    (415) 773-5759

9  Attorneys for Defendants

10 NVIDIA CORPORATION, NVIDIA US INVESTMENT
   COMPANY, INC., JEN-HSUN HUANG, JAMES C.
11 GAITHER, A. BROOKE SEAWELL, WILLIAM J. MILLER,
   TENCH COXE, MARK A. STEVENS, and HARVEY C.
12 JONES

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| CARRAMERICA REALTY CORPORATION,<br><br>            Plaintiff,<br><br>    v.<br><br>NVIDIA CORPORATION, et al.,<br><br>            Defendants. | Case No.   C-05-00428-JW<br><br>**[PROPOSED] ORDER PERMITTING NVIDIA TO BRING LAPTOP COMPUTER INTO THE COURTROOM FOR FEBRUARY 1 HEARING**<br><br>**Date:       February 1, 2010**<br>**Time:       9:00 a.m.**<br>**Room:      8**<br>**Judge:      The Hon. James Ware** |

OHS West:260813604.1

[PROPOSED] ORDER PERMITTING NVIDIA TO BRING LAPTOP
COMPUTER INTO COURTROOM FOR FEB. 1 HEARING
CASE NO. 05-00428 JW

1  The Court HEREBY ORDERS that counsel for NVIDIA be permitted to bring a laptop
2  computer into the courtroom on February 1, 2010, in order to facilitate its use of a PowerPoint
3  presentation during arguments.
4  **IT IS SO ORDERED.**

6  DATED: January 27, 2010            By: _James Ware_
7  THE HONORABLE JAMES WARE
UNITED STATES DISTRICT COURT JUDGE